# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) Cassling, Donald R. | 2. Court or Organization Northern District of Illinois | 3. Date of Report 06/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

219 South Dearborn Street
Suite 662
Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 06/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

|  | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 06/06/18 - 06/09/18 | Lake Geneva, WI | Attendance as panelist and committee member at annual Central States' ABI program | Hotel and Registration |
| 2. | Federal Judicial Conference | 07/08/18 - 07/13/18 | Denver, CO | Attendance at FJC educational seminar | Travel and Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 06/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CNB Bank & Trust, N.A. | Property No. 1 in Homer, Illinois | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | IRA #1 (H) | | | | | | | | | |
| 2. | - Vanguard Total Stock Market ETF VTI | E | Dividend | O | T | Sold<br>(part) | 01/25/18 | K | E | |
| 3. | | | | | | Sold<br>(part) | 07/16/18 | J | D | |
| 4. | | | | | | Sold<br>(part) | 09/05/18 | K | D | |
| 5. | | | | | | Buy<br>(add'l) | 12/07/18 | K | | |
| 6. | | | | | | Buy<br>(add'l) | 12/18/18 | L | | |
| 7. | - Vanguard Dividend Appreciation ETF-<br>VIG | D | Dividend | N | T | Sold<br>(part) | 01/25/18 | J | C | |
| 8. | | | | | | Sold<br>(part) | 09/05/18 | J | D | |
| 9. | | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 10. | | | | | | Buy<br>(add'l) | 07/06/18 | J | | |
| 11. | - Blackrock Global Allocation Inst. Class<br>Malox | A | Dividend | J | T | Buy<br>(add'l) | 01/25/18 | J | | |
| 12. | | | | | | Buy<br>(add'l) | 07/06/18 | J | | |
| 13. | | | | | | Buy<br>(add'l) | 07/23/18 | J | | |
| 14. | | | | | | Buy<br>(add'l) | 09/05/18 | J | | |
| 15. | | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 16. | | | | | | Sold<br>(part) | 12/18/18 | M | A | |
| 17. | | | | | | Sold<br>(part) | 12/20/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.    - Bank of America, California N.A. RASP | A | Interest | K | T | | | | | |
| 19.    - Vanguard Total Int'l STK-VXUS | D | Dividend | O | T | Sold<br>(part) | 01/25/18 | J | C | |
| 20. | | | | | Buy<br>(add'l) | 07/06/18 | K | | |
| 21. | | | | | Buy<br>(add'l) | 09/05/18 | J | | |
| 22. | | | | | Buy<br>(add'l) | 12/07/18 | J | | |
| 23.    - Eaton Vance Floating Rate Fund - EIBL | D | Dividend | M | T | Buy<br>(add'l) | 01/02/18 | J | | |
| 24. | | | | | Buy<br>(add'l) | 01/25/18 | J | | |
| 25. | | | | | Buy<br>(add'l) | 02/01/18 | J | | |
| 26. | | | | | Buy<br>(add'l) | 03/01/18 | J | | |
| 27. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 28. | | | | | Buy<br>(add'l) | 05/01/18 | J | | |
| 29. | | | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 30. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 31. | | | | | Buy<br>(add'l) | 08/01/18 | J | | |
| 32. | | | | | Buy<br>(add'l) | 09/04/18 | J | | |
| 33. | | | | | Buy<br>(add'l) | 09/05/18 | J | | |
| 34. | | | | | Buy<br>(add'l) | 10/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 11/01/18 | J | | |
| 36. | | | | | Buy<br>(add'l) | 12/03/18 | J | | |
| 37. | | | | | Sold<br>(part) | 07/06/18 | J | A | |
| 38. | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 39.  - Vanguard Total Bond Mkt - BND | D | Dividend | | | Buy<br>(add'l) | 01/25/18 | K | | |
| 40. | | | | | Buy<br>(add'l) | 07/06/18 | J | | |
| 41. | | | | | Sold<br>(part) | 04/04/18 | L | A | |
| 42. | | | | | Sold<br>(part) | 09/05/18 | M | A | |
| 43. | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 44. | | | | | Sold | 12/14/18 | M | A | |
| 45.  - Blackrock Low Duration - BFMSX | B | Dividend | | | Buy<br>(add'l) | 01/25/18 | J | | |
| 46. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 47. | | | | | Buy<br>(add'l) | 08/01/18 | J | | |
| 48. | | | | | Buy<br>(add'l) | 09/04/18 | J | | |
| 49. | | | | | Sold<br>(part) | 07/06/18 | J | A | |
| 50. | | | | | Sold<br>(part) | 09/05/18 | M | A | |
| 51. | | | | | Sold | 09/20/18 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - AB Income Fund - ACGYX (X) | A | Dividend | L | T | Buy | 09/05/18 | L | | |
| 53. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 54. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 55. | | | | | Sold (part) | 12/07/18 | J | A | |
| 56.  - I Shares 1-3 Year Treasury Bond - SHY (X) | A | Dividend | M | T | Buy | 12/14/18 | M | | |
| 57. | | | | | Buy (add'l) | 12/18/18 | K | | |
| 58.  - Lord Abbett Short Duration Income Fund - LDLFX (X) | B | Dividend | M | T | Buy | 09/05/18 | M | | |
| 59. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 60. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 61. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 62. | | | | | Sold (part) | 12/07/18 | J | A | |
| 63.  - Lord Abbett Floating Rate Fund - LFRFX (X) | B | Dividend | M | T | Buy | 09/05/18 | M | | |
| 64. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 65. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 66. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 67. | | | | | Sold (part) | 12/07/18 | J | A | |
| 68.  - Oakmark Int'l Fund - DAYI (X) | B | Dividend | L | T | Buy | 04/04/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 07/06/18 | J | | |
| 70. | | | | | Buy<br>(add'l) | 09/05/18 | J | | |
| 71. | | | | | Buy<br>(add'l) | 12/07/18 | J | | |
| 72. - Invesco Equally Weighted S&P 500 Fund - VADDX (X) | C | Dividend | M | T | Buy<br>(add'l) | 01/25/18 | J | | |
| 73. | | | | | Buy<br>(add'l) | 12/07/18 | J | | |
| 74. | | | | | Buy<br>(add'l) | 12/17/18 | J | | |
| 75. | | | | | Sold<br>(part) | 07/06/18 | J | A | |
| 76. | | | | | Sold<br>(part) | 09/05/18 | J | A | |
| 77. - Ishare TIPS Bond ETF - TIP (X) | B | Dividend | | | Buy<br>(add'l) | 01/25/18 | J | | |
| 78. | | | | | Sold<br>(part) | 07/06/18 | J | A | |
| 79. | | | | | Sold | 09/05/18 | L | A | |
| 80. | | | | | | | | | |
| 81. HSA IRA (H) | | | | | | | | | |
| 82. - IShares MSCI EAFE - EFA | A | Dividend | J | T | | | | | |
| 83. - Vanguard Total Stk Mkt - VTI | A | Dividend | K | T | Sold<br>(part) | 08/28/18 | J | B | |
| 84. - Vanguard Dividend Appreciation - VIG | A | Dividend | K | T | Sold<br>(part) | 08/28/18 | J | B | |
| 85. - ML Bank Deposit Program | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Vanguard Total Int'l Stk - VXUS | A | Dividend | J | T | | | | | |
| 87. - Invesco Equally Weighted S&P 500 Fund - VADD (Y) | | | | | | | | | |
| 88. - Ishare TIPS Bond ETF - TIP (Y) | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. Roth IRA (H) | | | | | | | | | |
| 91. - Vanguard Total Stk Mkt - VTI | A | Dividend | K | T | Sold (part) | 01/17/18 | J | A | |
| 92. | | | | | Sold (part) | 07/06/18 | J | A | |
| 93. | | | | | Sold (part) | 09/05/18 | J | A | |
| 94. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 95. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 96. - Vanguard Dividend Appreciation - VIG | A | Dividend | J | T | Sold (part) | 01/17/18 | J | A | |
| 97. | | | | | Sold (part) | 09/05/18 | J | A | |
| 98. | | | | | Sold (part) | 12/07/18 | J | A | |
| 99. - Blackrock Global Allocation - MALOX | A | Dividend | J | T | Buy (add'l) | 01/17/18 | J | | |
| 100. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 101. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 102. | | | | | Sold (part) | 12/07/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/18/18 | J | A | |
| 104. - Bank of America RASP | A | Interest | J | T | | | | | |
| 105. - Vanguard Total Int'l Stk - VXUS | A | Dividend | J | T | Buy (add'l) | 01/17/18 | J | | |
| 106. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 107. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 108. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 109. - Vanguard Total Bond Mkt - BND | A | Dividend | | | Buy (add'l) | 01/17/18 | J | | |
| 110. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 111. | | | | | Sold (part) | 04/04/18 | J | A | |
| 112. | | | | | Sold (part) | 09/05/18 | J | A | |
| 113. | | | | | Sold (part) | 12/07/18 | J | A | |
| 114. | | | | | Sold | 12/14/18 | J | A | |
| 115. - Invesco Equally Weighted S&P 500 Fund - VADDX | A | Dividend | J | T | Sold (part) | 07/06/18 | J | A | |
| 116. | | | | | Sold (part) | 09/05/18 | J | A | |
| 117. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 118. - Blackrock Low Duration - BFMSX | A | Dividend | | | Sold (part) | 07/06/18 | J | A | |
| 119. | | | | | Sold (part) | 09/05/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 09/20/18 | J | A | |
| 121. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 122.   - Eaton Vance Floating Rock - EIBLX | A | Dividend | J | T | Buy (add'l) | 01/17/18 | J | | |
| 123. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 124. | | | | | Sold (part) | 07/10/18 | J | A | |
| 125. | | | | | Sold (part) | 12/07/18 | J | A | |
| 126.   - Ishares TIPS Bond ETF - TIP | A | Dividend | | | Buy (add'l) | 01/17/18 | J | | |
| 127. | | | | | Sold | 09/05/18 | J | A | |
| 128.   - AB Income Fund ACGYX (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 129. | | | | | Sold (part) | 12/07/18 | J | A | |
| 130.   - I Shares 1-3 Year Treasury Bond ETF - SHY (X) | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 131. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 132.   - Lord Abbett Short Duration Income - LDLFX (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 133. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 134. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 135. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 136. | | | | | Sold (part) | 12/07/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Lord Abbett Floating Rate Fund - LFRFX (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 138. | | | | | Sold (part) | 12/07/18 | J | A | |
| 139. - Oakmark Fund - OAYIX (X) | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 140. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 141. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 142. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 143. | | | | | | | | | |
| 144. Brokerage Account (H) | | | | | | | | | |
| 145. - Vanguard Total Stk Mkt - VTI | A | Dividend | K | T | Sold (part) | 10/10/18 | J | A | |
| 146. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 147. - Vanguard Dividend Appreciation - VIG | A | Dividend | K | T | Sold (part) | 10/10/18 | J | A | |
| 148. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 149. - Lincoln Am Legacy III & Annuity (Variable) (H) | | | | | | | | | |
| 150. * AF Growth | | None | M | T | Sold (part) | 02/28/18 | J | A | |
| 151. | | | | | Sold (part) | 05/31/18 | J | A | |
| 152. | | | | | Sold (part) | 08/31/18 | J | A | |
| 153. | | | | | Sold (part) | 10/16/18 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Sold (part) | 11/30/18 | J | A | |
| 155.  * AF Blchp Inc & Gr | None | | L | T | Sold (part) | 02/28/18 | J | A | |
| 156. | | | | | Sold (part) | 05/31/18 | J | A | |
| 157. | | | | | Sold (part) | 08/31/18 | J | A | |
| 158. | | | | | Sold (part) | 10/16/18 | J | C | |
| 159. | | | | | Sold (part) | 11/30/18 | J | A | |
| 160.  * AF Grwth - Inc | None | | M | T | Sold (part) | 02/28/18 | J | A | |
| 161. | | | | | Sold (part) | 05/31/18 | J | A | |
| 162. | | | | | Sold (part) | 08/31/18 | J | A | |
| 163. | | | | | Sold (part) | 10/16/18 | J | D | |
| 164. | | | | | Sold (part) | 11/30/18 | J | A | |
| 165.  * AF Int'l | None | | L | T | Sold (part) | 02/28/18 | J | A | |
| 166. | | | | | Sold (part) | 05/31/18 | J | A | |
| 167. | | | | | Sold (part) | 08/31/18 | J | A | |
| 168. | | | | | Sold (part) | 10/16/18 | J | B | |
| 169. | | | | | Sold (part) | 11/30/18 | J | A | |
| 170.  * AF Glbl Grwth | None | | M | T | Sold (part) | 02/28/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 05/31/18 | J | A | |
| 172. | | | | | Sold (part) | 08/31/18 | J | A | |
| 173. | | | | | Sold (part) | 10/16/18 | J | D | |
| 174. | | | | | Sold (part) | 11/30/18 | J | A | |
| 175. * AF Asset Alloc | | None | L | T | Sold (part) | 02/28/18 | J | A | |
| 176. | | | | | Sold (part) | 05/31/18 | J | A | |
| 177. | | | | | Sold (part) | 08/31/18 | J | A | |
| 178. | | | | | Sold (part) | 10/16/18 | J | C | |
| 179. | | | | | Sold (part) | 11/30/18 | J | A | |
| 180. - Metlife Series LVA Annuity (Variable) (H) (Y) | | | | | | | | | |
| 181. - Brighthouse Financial Variable Annuity SCRL (H) (X) | | | | | | | | | |
| 182. * SSGA Growth ETF Portfolio | | None | | | Sold | 01/05/18 | M | E | |
| 183. - ML Bank Deposits Program | A | Interest | J | T | | | | | |
| 184. - Preferred Deposit Money Market (X) | B | Interest | K | T | | | | | |
| 185. - Vanguard Total Int'l Stk - VXUS | A | Dividend | K | T | Buy (add'l) | 10/10/18 | J | | |
| 186. | | | | | Sold (part) | 12/10/18 | J | A | |
| 187. - Blackrock Global Allocation Fund - MALOX | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | | Buy<br>(add'l) | 10/10/18 | J | | |
| 189. | | | | | | Sold<br>(part) | 12/18/18 | J | A | |
| 190. | | | | | | Sold<br>(part) | 12/20/18 | J | A | |
| 191. | - Ishares MSCI ACWI ETF - ACINX (X) | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 192. | - Invesco Equally Weighted S&P 500 Fund - VADDX (X) | A | Dividend | J | T | Sold<br>(part) | 10/10/18 | J | A | |
| 193. | | | | | | Buy<br>(add'l) | 12/17/18 | J | | |
| 194. | | | | | | | | | | |
| 195. | Property No. 1 in Homer, IL | F | Rent | P1 | W | | | | | |
| 196. | | | | | | | | | | |
| 197. | Genworth Life and Annuity universal life insurance policy | C | Interest | L | W | | | | | |
| 198. | | | | | | | | | | |
| 199. | Chase Bank checking/savings account | A | Interest | K | T | | | | | |
| 200. | | | | | | | | | | |
| 201. | Bank of America checking/savings account (X) | A | Interest | J | T | | | | | |
| 202. | | | | | | | | | | |
| 203. | Secured note for loan made to non-dependent relative (X) | D | Interest | M | V | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 06/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 45 of Part VII -- The title of this asset should be "Blackrock Low Duration" rather than "Blackrock Low Discretion." I have corrected the title of that asset in this year's report.

2. Lines 87-88 of Part VII -- These two assets were incorrectly allocated in last year's report to the HSA IRA. They should have been allocated to IRA #1. That has been corrected in this year's report, and those two assets are now located at Lines 72-80 of Part VII.

3. Lines 180-181 of Part VII -- The name of the asset listed on Line 180 was changed on March 6, 2017. I failed to note the name change on last year's report, but have corrected it in this year's report. The new and correct name is the one listed on Line 181 of Part VII.

4. Lines 192-193 of Part VII -- Assets of the same name are held in my IRA #1 account and in my Roth IRA account. Due to confusion on my part arising from having the same-named assets in three separate accounts, I failed to list this asset in my Brokerage Account in last year's report. I made the initial purchase of this asset for the Brokerage account on 10/03/16. Lines 192-193 of this year's report lists the transactions for this asset in my Brokerage Account that took place in 2018.

5. Line 203 of Part VII -- When this loan was made in 2015, I created an amortization schedule reflecting the monthly payments of principal and interest due under the note. The value given in column C(2) is the amount of principal remaining due and owing as of 12/31/18 according to that amortization schedule.

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 06/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald R. Cassling**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544